UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT HOLVECK,

    Petitioner,

v.                                                  CASE NO. 6:02-cv-1562-Orl-19JGG

MICHAEL MOORE,

    Respondent.

## ORDER

Petitioner's Requests for a Certificate of Appealability (Doc. Nos. 33 and 37) are **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this __1st__ day of March, 2006.

                                                        PATRICIA C. FAWSETT, CHIEF JUDGE
                                                        UNITED STATES DISTRICT COURT

Copies to:
sa 3/6

Counsel of Record
Robert Holveck
Eleventh Circuit Court of Appeals